IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


RAY MAIRS,                                                                      PLAINTIFF


vs.                                   Civil No. 6:25-cv-06114


FRANK BISIGNANO,                                                    DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this 17th day of June 2026, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**


                                        /s/ *Spencer G. Singleton*
                                        HONORABLE SPENCER G. SINGLETON
                                        UNITED STATES MAGISTRATE JUDGE


1